FILED

2008 FEB -1  A 11: 20

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
BRIDGEPORT, CONN

Joseph Mauro

           Plaintiff,

V.

Nelson, Watson & Associates

           Defendant

CIVIL ACTION NO.

3 0 8 C V 1 7 6  WWE

DECEMBER 20, 2007

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. 3 1692; the Connecticut Creditor Collection Practices Act, Conn. Gen. Stat. 3 36a-645 or the Consumer Collection Agency Act, Conn. Gen. Stat. 3 36a-800 and regulations issued hereunder; and the Connecticut Unfair Trade Practices ("CUTPA"), Conn. Gen. Stat. 3 42-1 10a.

2. The Court's jurisdiction is conferred by 15 U.S.C. 1692k and 28 U.S.C. 1331 and 1367.

3. Plaintiff is a natural person who resides in CT.

4. Plaintiff is a consumer within the FDCPA.

5. Defendant is a debt collector within the FDCPA.

6. Plaintiff entered into a settlement agreement, which began on December 2, 2005, in which the debt was to be charged off in the amount of $2,872.32.

7. Defendant sent Plaintiff a collection letter dated September 12, 2007 for the amount of $3,430.13.

8. Defendant has violated 15 U.S.C. §§ 1692f by altering the total amount of debt due by Plaintiff.

9. On or about September 12, 2007 and on or about November 12, 2003 Defendant violated 15 U.S.C. §§ 1692b by contacting Plaintiff after being advised on or aout August 29, 2007 of representation.

10. In the collection efforts, Defendant violated the FDCPA, *inter alia,* section 1692b and –f.

**Second Count.**

9. The allegations of the First Count are repeated and realleged as if fully set forth herein.

10. Within three years prior to the date of this action Defendant has engaged in acts and practices as to Plaintiff in violation of the Creditors' Collection Practices Act, 336a-645 *et seq.,* or the Consumer Collection Agency Act, section 36a-800 *et seq.* Conn. Gen. Stat.

11. Defendant has committed unfair or deceptive acts or practices within the meaning of the Unfair Trade Practices Act, Conn. Gen. Stat. 42-110a *et seq.* WHEREFORE Plaintiff requests this Court to:

1. Award Plaintiff such damages as are permitted by law, both compensatory and punitive, including $1,000 statutory damages for each communication against Defendant;

2. Award Plaintiff costs of suit and a reasonable attorney's fee;

3. Award declaratory and injunctive relief, and such other and further relief as law or equity may provide.

THE PLAINTIFF

BY *[signature]*

Max L. Rosenberg
Thornberry & Rosenberg
3333 Main Street
Stratford, CT  06614
Tel (203)380-8189
Fax (203)380-8189
Fed. Juris No. ct26742