UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH MAURO, | CIVIL ACTION NO. |
| | 3:08CV00176(WWE) |
| Plaintiff, | |
| V. | |
| NELSON, WATSON & ASSOCIATES, LLC, | |
| Defendant. | JULY 20, 2008 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff and Defendant, by and through the undersigned, hereby stipulate that the above entitled action shall be dismissed with prejudice to Plaintiff on his complaint and without costs and/or attorney's fees to any party.

THE PLAINTIFF
JOSEPH MAURO

By: /s/ Max. L. Rosenberg, Esq. (ct26742)

Thornberry & Rosenberg, LLC
3333 Main Street
Stratford, CT  06615
Tel. 203-380-8189
Fax. 203-380-8191
Email: tct550@yahoo.com

THE DEFENDANT
NELSON, WATSON & ASSOCIATES, LLC,

By /s/ Jonathan D. Elliot, Esq. (ct05762)

Zeldes, Needle & Cooper, PC
1000 Lafayette Boulevard
Bridgeport, CT  06604
Tel. 203-333-9441
Fax 203-333-1489
Email: jelliot@znclaw.com